IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES O'DELL WALTON, | § | |
|    Petitioner | § | |
| | § | |
| V. | § | C.A. NO. C-06-62 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice– | § | |
| Corrections Institutions Division, | § | |
|    Defendant | § | |

## ORDER TO PRODUCE RECORDS

In his complaint seeking habeas corpus relief, petitioner argues that he did not receive due process in regard to several disciplinary hearings. Respondent, in his motion for summary judgment, provided documentation regarding three of the disciplinary proceedings about which petitioner is complaining, but did not address a fourth proceeding, identified as disciplinary case number 20050322840 (See D.E. 1, Grievance No. 2005209743).

Respondent is ordered to produce disciplinary hearing records for Case No. 20050322840 on or before **Monday, August 7, 2006**. If respondent believes a brief is necessary, the brief is due on the same day. Petitioner may file a response on or before **Monday, August 21, 2006**.

ORDERED this 20th day of July, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE